UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 12-34542 GMB

Debtor: Byron J. & Gayle Watkins

| Check Number | Creditor | Amount |
|---|---|---|
| 1861494 | Caliber Home Loans, Inc. | 2042.19 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  October 10, 2014